IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARROW ROCK INTERNATIONAL, INC, | ) |
| | ) |
| Plaintiff, | ) Case No. CV05-339-S-EJL |
| | ) |
| vs. | ) LITIGATION ORDER |
| | ) |
| DEX MEDIA INC., et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On August 23, 2005, the above-entitled action was filed in the District of Idaho.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1.      Pursuant to Local Rule 16.1, the parties shall meet and determine:

        A.      A litigation plan[1];

        B.      If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

2.      On or before **March 1, 2006**, the parties shall file with the court the Litigation Plan form and, if appropriate, the Consent to Proceed Before a Magistrate Judge form.

3.      Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

---

[1] The litigation plan form can be found at http://www.id.uscourts.gov/forms-dc/LITPLAN_ejl.pdf

[2] Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program. Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

LITIGATION ORDER - Page 1

4.      A telephonic scheduling conference shall be held on **March 15, 2006**, at **9:30 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the Litigation Plan Form and to set the matter for trial.

5.      Counsel for Plaintiff shall initiate the conference call by placing it to Diane McDonald, Administrative Assistant, at 208-334-9270, and shall have all appropriate parties on the line.

DATED:  **December 1, 2005**

Honorable Edward J. Lodge
U. S. District Judge

LITIGATION ORDER - Page 2
05ORDERS\ArrowRock_lit.WPD