IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARROW ROCK INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. CV05-339-S-EJL |
| ) | |
| vs. ) | ORDER |
| ) | |
| DEX MEDIA INC., et al, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court in the above entitled matter are the parties' stipulations to dismiss this action with prejudice as to all claims and all parties. Accordingly, the Court **APPROVES** the stipulation (Dkt. Nos. 35, 36). The above entitled action is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**. The parties shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: **October 11, 2006**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 1
06ORDERS\ARROW_Dismiss